UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00216-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.   JESUS ALFREDO INZUNZA-ANGULO,
    a/k/a "Jose Luis Ortiz, Jr.,"
    a/k/a "Alfredo J. Inzunza," and

2.   **FORTINO Z. PENA,**
    **a/k/a "Velen Paes-Rios,"**
    **a/k/a "Fortino Pena-Sota,"**

       Defendants.

## ORDER RESCHEDULING HEARING

Due to an emergency scheduling conflict, the hearing previously set for **July 13, 2006 at 4:30 p.m**. is hereby reset to **July 10, 2006 at 3:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 7th day of July, 2006.

              **BY THE COURT:**

              *Marcia S. Krieger*
              _____

              Marcia S. Krieger
              United States District Judge