UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00216-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    JESUS ALFREDO INZUNZA-ANGULO,
     a/k/a "Jose Luis Ortiz, Jr.,"
     a/k/a "Alfredo J. Inzunza," and

**2.**   **FORTINO Z. PENA,**
     **a/k/a "Velen Paes-Rios,"**
     **a/k/a "Fortino Pena-Sota,"**

        Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(# 38)** on July 11, 2006 by Defendant Fortino Z. Pena. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.    Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2.    A Change of Plea hearing is set for **September 25, 2006** at **8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for **July 21, 2006** and the **August 7, 2006** trial date are **VACATED** as to this defendant..

Dated this 12th day of July, 2006.

                                      **BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge